IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GENE EDWARD SCOTT II, § § Plaintiff, § § V. § UNKNOWN, § § Defendant. § § § | Civil Action No. 3:25-CV-15-X-BN |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Scott's motion for summary judgment (Doc. 5) is **DENIED** and the complaint is **DISMISSED WITH PREJUDICE**.

Further, since Plaintiff Scott has not filed any motion to seal by the deadline set in Magistrate Judge Horan's Order Requiring Motion to Seal (Doc. 6), the Clerk is instructed to unseal the case.

All relief not expressly granted is denied.  This is a final judgment.

**IT IS SO ORDERED** this 24th day of February, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE